NOVEMBER 26, 1991

No. 90–1372. MAIN HURDMAN *v.* FINE ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

No. A–379. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION *v.* MAY. Application of the Attorney General of Texas for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE SCALIA, and by him referred to the Court, denied. THE CHIEF JUSTICE, JUSTICE SCALIA, and JUSTICE THOMAS would grant the application to vacate the stay.

NOVEMBER 27, 1991

No. 90–857. DOGGETT *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 498 U. S. 1119.] Case restored to calendar for reargument. Counsel are directed to submit supplemental briefs on the question whether the history of the Speedy Trial Clause of the Sixth Amendment supports the view that the Clause protects a right of citizens to repose, free from the fear of secret or unknown indictments for past crimes, independent of any interest in preventing lengthy pretrial incarceration or prejudice to the case of a criminal defendant. JUSTICE THOMAS took no part in the consideration or decision of this order.

No. 90–1604. MORALES, ATTORNEY GENERAL OF TEXAS *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 91–571. TAYLOR *v.* FREELAND & KRONZ ET AL. C. A. 3d Cir. Certiorari granted.

No. 91–594. AMERICAN NATIONAL RED CROSS *v.* S. G. ET AL. C. A. 1st Cir. Certiorari granted.